780 OCTOBER TERM, 1926.

Cases Disposed of Without Consideration by the Court. 273 U. S.

No. 181. LEOPOLD ZIMMERMANN, LOUIS J. REES, MARYAN H. HAUSER, ET AL., ETC. *v.* HOWARD SUTHERLAND, ALIEN PROPERTY CUSTODIAN, FRANK WHITE, TREASURER OF THE UNITED STATES, ET AL.; and

No. 182. DEUTSCHE BANK OF BERLIN, GERMANY *v.* LEOPOLD ZIMMERMANN, LOUIS J. REES, MARYAN H. HAUSER, ET AL. Appeals from the Circuit Court of Appeals for the Second Circuit. February 25, 1927. Dismissed with costs on motion of *Messrs. Joseph M. Hartfield, Charles E. Hughes, Hamilton Vreeland, Jr.,* and *Thomas P. Littlepage* for appellants in No. 181 and appellees in No. 182. *Messrs. Amos J. Peaslee* and *Thomas G. Haight* for appellees in No. 181 and appellants in No. 182.

---

No. 813. PRESSED STEEL CAR COMPANY *v.* UNITED STATES. Petition for writ of certiorari to the Court of Claims. February 28, 1927. Writ of certiorari granted. Judgment of the Court of Claims in so far as it determined that the petitioner is not entitled to recover any sum in this action of and from the United States, affirmed, and the judgment of the Court of Claims in favor of the United States upon its counterclaim modified by reducing the amount thereof to the sum of $126,202.15, plus the sum of $1,775.34, the costs allowed by that court, and the cause forthwith remanded to the Court of Claims to proceed accordingly, per stipulation of counsel, on motion of *Solicitor General Mitchell,* in that behalf. *Messrs. George A. King, William B. King,* and *George R. Shields* for petitioner.

---

No. 216. ELLAMAR MINING COMPANY *v.* ALASKA STEAMSHIP COMPANY. Certiorari to the Circuit Court of Appeals for the Ninth Circuit. March 7, 1927. Dismissed with costs per stipulation of *Messrs. George de Steiguer* and *John H. Powell* for petitioner, and *Messrs. W. H. Bogle* and *Lane Summers* for respondent.